IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 OCT 18  PM 4:53

DEPUTY CLERK  MS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY PAZ TORRES | CRIMINAL NO.<br><br>3-22CR0398-X |

## INDICTMENT

The Grand Jury charges:

### Introduction

1. On or about July 3, 2010, Defendant **Anthony Paz Torres** went to an Academy Sports store in Mesquite, Texas, and purchased a Glock Model 22, .40 S&W caliber semiautomatic weapon with serial number PDK457, an Austrian-made pistol.

2. Omar's Wheels and Tires ("O.W.T.") is a business located on South Buckner Boulevard, in Dallas, Texas, within the Northern District of Texas.

3. O.O., a person known to the grand jury, is the owner of O.W.T.

4. O.O. is Muslim.

5. On or about December 17, 2015, **Torres** went to O.W.T. and spoke to employees.

6. On or about December 17, 2015, police officers from the Dallas Police Department interviewed **Torres** after he left O.W.T. During the interview, the officers advised **Torres** not to return to O.W.T.; **Torres** said that he would not return.

7. On or about December 24, 2015, **Torres** returned to O.W.T.

8. E.G.M., a person known to the grand jury, was a customer at O.W.T. on or about the same date.

9. M.Y., a person known to the grand jury, was an employee at O.W.T. on or about the same date.

10. B.V., a person known to the grand jury, was an employee at O.W.T. on or about the same date.

11. B.C., a person known to the grand jury, was representing another company on related business at O.W.T. on or about the same date.

12. On or about the same date, **Torres** repeatedly fired his Glock Model 22, .40 S&W caliber semiautomatic weapon with serial number PDK457, at individuals in and around O.W.T.

Count One
Hate Crime Resulting in Death
(Violation of 18 U.S.C. § 249(a)(2))

13. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

14. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** willfully caused bodily injury to E.G.M., and, through the use of a firearm, attempted to cause bodily injury to E.G.M., a person known to the grand jury, because of the actual and perceived religion of any person; and in connection with the offense, **Torres** employed a firearm that had traveled in interstate and foreign commerce; and **Torres** interfered with commercial and other economic activity in which E.G.M. was engaged at the time of the offense. The offense resulted in the death of E.G.M.

All in violation of Title 18, United States Code, Section 249(a)(2).

<u>Count Two</u>
Hate Crime Involving Attempt to Kill
(Violation of 18 U.S.C. § 249(a)(2))

15. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

16. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** willfully caused bodily injury to M.Y., and, through the use of a firearm, attempted to cause bodily injury to M.Y., a person known to the grand jury, because of the actual and perceived religion of any person; and in connection with the offense, **Torres** employed a firearm that had traveled in interstate and foreign commerce; and **Torres** interfered with commercial and other economic activity in which M.Y. was engaged at the time of the offense. The offense included an attempt to kill M.Y.

All in violation of Title 18, United States Code, Section 249(a)(2).

<u>Count Three</u>
Hate Crime Involving Attempt to Kill
(Violation of 18 U.S.C. § 249(a)(2))

17. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

18. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** willfully caused bodily injury to B.V., and, through the use of a firearm, attempted to cause bodily injury to B.V., a person known to the grand jury, because of the actual and perceived religion of any person; and in connection with the offense, **Torres** employed a firearm that had traveled in interstate and foreign commerce; and **Torres** interfered with commercial and other economic activity in which B.V. engaged at the time of the offense. The offense included an attempt to kill B.V.

All in violation of Title 18, United States Code, Section 249(a)(2).

## Count Four
### Hate Crime Involving Attempt to Kill
(Violation of 18 U.S.C. § 249(a)(2))

19. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

20. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** willfully caused bodily injury to B.C., and through the use of a firearm, did attempt to cause bodily injury to B.C., a person known to the grand jury, because of the actual and perceived religion of any person; and in connection with the offense, **Torres** employed a firearm that had traveled in interstate and foreign commerce; and **Torres** interfered with commercial and other economic activity in which B.C. engaged at the time of the offense. The offense included an attempt to kill B.C.

All in violation of Title 18, United States Code, Section 249.

## Count Five
### Hate Crime Involving Attempt to Kill
(Violation of 18 U.S.C. § 249(a)(2))

21. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

22. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** willfully attempted to caused bodily injury to O.O., and, through the use of a dangerous weapon, did attempt to cause bodily injury to O.O., a person known to the grand jury, because of the actual and perceived religion of any person; and in connection with the offense, **Torres** used an instrumentality and channel of interstate and foreign commerce, **Torres** employed a dangerous weapon that had traveled in interstate and foreign commerce, to wit: a Chevrolet Cruz, with vehicle identification number 1G1PF5S98B7234220; and **Torres** interfered with commercial and other economic activity in which O.O. was engaged at the time of the offense. The offense included an attempt to kill O.O.

All in violation of Title 18, United States Code, Section 249(a)(2).

<u>Count Six</u>
Use of a Firearm to Commit Murder During a Crime of Violence
(Violation of 18 U.S.C. §§ 924(c), (j)(1))

23. The allegations set forth in paragraphs 1 to 12 are repeated and realleged as if set forth fully herein.

24. On or about December 24, 2015, in Dallas, Texas, within the Northern District of Texas, Defendant **Anthony Paz Torres** knowingly used, carried, brandished, and discharged a firearm, namely a Glock Model 22, .40 S&W caliber semiautomatic weapon with serial number PDK457, during and in relation to a crime of violence for which he may be prosecuted in a court in the United States, namely, the offense charged in Count One, and caused the death of E.G.M. through the use of a firearm in such a manner as to constitute murder as defined by 18 U.S.C. § 1111, in that **Torres**, with malice aforethought, unlawfully killed E.G.M. with the firearm.

All in violation of Title 18, United States Code, Sections 924(c) and 924(j).

Forfeiture Notice

25. The grand jury re-alleges and incorporates by reference all allegations contained in Count Six of this indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c). As part of the commission of the violation of Title 18, United States Code, Sections 924(c) and 924(j)(1), charged in Count Six of this indictment, the following firearm, vehicle, and ammunition, which were involved and used in the knowing commission of that offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c):

a) a Glock Model 22, .40 S&W caliber semiautomatic weapon with serial number PDK457, an Austrian-made pistol;

b) Chevrolet Cruz, motor vehicle with vehicle identification number 1G1PF5S98B7234220; and

c) any other property, to include ammunition, which was involved and used in the knowing commission of the offenses specified above.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL

_____
REBEKAH BAILEY
Trial Attorney
Texas State Bar No. 24079833
United States Department of Justice
Civil Rights Division, Criminal Section
150 M. Street N.E., Floor 7
Washington, D.C. 20593
Telephone: 202-598-6408
Email: Rebekah.Bailey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANTHONY PAZ TORRES

INDICTMENT

18 U.S.C. § 249(a)(2)
Hate Crime Resulting in Death
(Count 1)

18 U.S.C. § 249(a)(2)
Hate Crime Involving Attempt to Kill
(Counts 2 through 5)

18 U.S.C. §§ 924(c), (j)(1)
Use of a Firearm to Commit Murder During a Crime of Violence
(Count 6)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

6 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 18 day of October, 2022.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending